ARTHUR C. BANGS *et al.* v. THE FARMERS' STATE BANK, ETC.

No. 13,164. (72 Pac. 1098.)

Error from Cowley district court; W. T. McBRIDE, judge. Opinion filed June 6, 1903. Affirmed.

*Hackney & Lafferty,* and *W. P. Hackney,* as *guardian ad litem,* for plaintiffs in error.

*Jackson & Noble,* and *J. E. Torrance,* for defendant in error.

*Per Curiam:* The facts in this case are substantially like those in *Shrigley v. Black,* 66 Kan. 213, 71 Pac. 301, except that the mortgage in the present case was executed after the enactment of the redemption law of 1893. That fact, however, does not affect the application of the statute or of the principles then announced, and, following the decision in that case, the judgment will be affirmed.

POLLOCK, J., not sitting, having been of counsel.